UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| VINCENT BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00177-JMS-MJD |
| | ) | |
| JOHN PLASSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

Magistrate Judge Dinsmore recommended that this action be dismissed with prejudice for Plaintiff Vincent Butler's failure to comply with the Court's orders. Dkt. [49.] Specifically, Magistrate Judge Dinsmore recommended that the case be dismissed based on the following: (1) Mr. Butler failed to update his address with the Court as required by the Court's Notice to Pro Se Litigants, [Dkt. 4]; and (2) Mr. Butler failed to respond to the January 8, 2025, Order Directing Plaintiff to Report Current Address, [Dkt. 45]. There has not been any objection to the report and recommendation. The Court adopts Magistrate Judge Dinsmore's report and recommendation, Dkt. [49], in its entirety. This action is **dismissed with prejudice** pursuant to Rule 41(b). The clerk is directed to enter final judgment consistent with this order.

SO ORDERED.

Date: 2/27/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

No notice to Plaintiff because the Court has no current address for Plaintiff